# In the United States Court of Federal Claims

No. 16-744 C

**LAND OF LINCOLN MUTUAL**
**HEALTH INSURANCE COMPANY**

                                                                            **JUDGMENT**

v.

**THE UNITED STATES,**

      Pursuant to the court's Opinion and Order filed November 10, 2016,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the defendant's motion for judgment on the administrative record is granted with respect to Count I, and the defendant's motion to dismiss plaintiff's complaint pursuant to RCFC 12(b)(6) is granted with respects to Counts II, III, IV, and V.  Plaintiff's motion and cross-motion for judgment on the administrative record are denied.  No costs.

                                                     Lisa L. Reyes
                                                     Acting Clerk of Court

**November 10, 2016**                  By:    s/ Anthony Curry

                                          Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.