## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LAND OF LINCOLN MUTUAL HEALTH INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 16-744C<br>Judge Charles F. Lettow |

## NOTICE OF APPEAL

Notice is hereby given that LAND OF LINCOLN MUTUAL HEALTH INSURANCE COMPANY, plaintiff in the above named action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment and order entered in this action on November 10, 2016.  The judgment and order appealed from granted defendant's motion for judgment on the administrative record with respect to Count I, granted defendant's motion to dismiss plaintiff's complaint pursuant to Rules of the United States Court of Federal Claims (RCFC) 12(b)(6) with respect to Counts II, III, IV, and V, and denied plaintiff's motion and cross-motion for judgment on the administrative record.

Dated:  November 15, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Daniel P. Albers
　　　　　　　　　　　　　　　　　　　　　　Daniel P. Albers
　　　　　　　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　　　　　　One N. Wacker Drive, Suite 4400
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (312)357-1313
　　　　　　　　　　　　　　　　　　　　　　Fax:  (312) 759-5646
　　　　　　　　　　　　　　　　　　　　　　Email:  dalbers@btlaw.com

*Of Counsel:*

Scott E. Pickens
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, DC 20006
Telephone:  (202) 371-6349
Fax:  (202) 289-1330
Email:  scott.pickens@btlaw.com

*Counsel for Plaintiff Land of Lincoln
Mutual Health Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 15th day of November 2016, a copy of the foregoing was filed electronically. As I understand, pursuant to RCFC Appendix E, V.12.(c), the Court's Notice of Electronic Filing satisfies the service requirement of RCFC 5 and the proof of service requirement of RCFC 5.3 via operation of the Court's electronic filing system.

s/ Daniel P. Albers
Daniel P. Albers

DMS 4484213v1